(120 So. 923)

**Sam CRAWFORD v. STATE.   (8 Div. 741.)**

Court of Appeals of Alabama.   Feb. 26, 1929.

R. E. Smith, of Huntsville, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J.   Affirmed.

(121 So. 920)

**S. M. CRAWFORD v. STATE.   (6 Div. 507.)**

Court of Appeals of Alabama.   Jan. 15, 1929.

Rehearing Denied March 19, 1929.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.   Defendant was convicted of violating prohibition law and appeals. The bill of exceptions presents no question for review, and, there being no error in the record, the judgment is affirmed.

Affirmed.

(125 So. 919)

**John CROOK v. STATE.   (7 Div. 616.)**

Court of Appeals of Alabama.   Jan. 21, 1930.

RICE, J.   Affirmed.

(125 So. 919)

**Ezra CROWDER v. STATE.   (6 Div. 681.)**

Court of Appeals of Alabama.   Dec. 10, 1929.

SAMFORD, J.   Affirmed.

(119 So. 920)

**Albert CRUISE v. STATE.   (7 Div. 481.)**

Court of Appeals of Alabama.   Jan. 22, 1929.

SAMFORD, J.   Appeal dismissed.

(125 So. 919)

**Jack CRUISE v. STATE.   (7 Div. 629.)**

Court of Appeals of Alabama.   Jan. 21, 1930.

SAMFORD, J.   Appeal dismissed.

(124 So. 920)

**J. I. CRUMLY v. M. V. HENRY, Treasurer, etc.   (6 Div. 642.)**

Court of Appeals of Alabama.   Nov. 29, 1929.

PER CURIAM.   Appeal dismissed for want of prosecution.

(127 So. 918)

**Ed CULBERSON v. STATE.**
**7 Div. 639.**

Court of Appeals of Alabama.
March 25, 1930.

PER CURIAM.

Appeal dismissed on motion of appellant.

(122 So. 921)

**Ex parte J. G. CUMMINGS.   (6 Div. 502.)**

Court of Appeals of Alabama.   April 30, 1929.

RICE, J.   Appeal dismissed.